**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GLENDA BOYD**                                                       **PLAINTIFF**

V.                  **CASE NO.: 5:07CV00306 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                  **DEFENDANT**

**ORDER**

Pending is Defendant's Unopposed Motion to Remand (docket entry #14). Plaintiff does not object. For good cause shown, Defendant's motion (#14) is GRANTED.

This case is hereby remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record and, if necessary, for a supplemental hearing. Specifically, the Administrative Law Judge should: (a) re-evaluate Plaintiff's neuropathy-related functional limitations, (b) re-evaluate Dr. Gregory's opinion of Plaintiff's limitations, (c) reconsider the weight given to Dr. Gregory's opinion, and (d) if necessary, obtain testimony from a vocational expert to assess the vocational impact of Plaintiff's functional limitations.

IT IS SO ORDERED this 1st day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE