**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GLENDA BOYD**                                                                                     **PLAINTIFF**

V.                              **CASE NO.: 5:07CV00306 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                      **DEFENDANT**

**JUDGMENT**

In accordance with the Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 1st day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE