**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GLENDA BOYD**                                                                                                   **PLAINTIFF**

V.                                **CASE NO.: 5:07CV00306 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                             **DEFENDANT**

### ORDER

Pending is Plaintiff's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #18). Plaintiff requests fees in the amount of $2,525.20 and expenses in the amount of $16.14. The Commissioner does not object to the amount requested by the Plaintiff (#20). Accordingly, Plaintiff's motion (#18) is GRANTED and Plaintiff is awarded $2,525.20 in fees and $16.14 in expenses.

IT IS SO ORDERED this 15th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE